Irving L. SHECKELLS, Appellant,

v.

CAPITAL TRANSIT COMPANY, a
Corporation, Appellee.

No. 12398.

United States Court of Appeals
District of Columbia Circuit.

Argued Oct. 25, 1955.

Decided Nov. 10, 1955.

DOEHLA GREETING CARDS, Inc.,
et al., Appellants,

v.

Mr. Howard Vogel, Washington, D.
C., for appellant.

Mr. Paul R. Connolly, Washington, D.
C., for appellee.

Before EDGERTON, Chief Judge, and
WILBUR K. MILLER and BASTIAN,
Circuit Judges.

PER CURIAM.

This is a passenger's suit for personal
injuries caused by a fall in a streetcar.
The District Court directed a verdict
for the defendant Transit Company.
We find no error affecting substantial
rights.

Affirmed.